

EXHIBIT
1



## ACKNOWLEDGMENT FORM

### Child Abuse & Neglect Reporting Requirements

All child care personnel are mandated by law to report their suspicions of child abuse, neglect, or abandonment to the Florida Abuse Hotline in accordance with Chapter 39.201 of the Florida Statutes (F.S.). These regulations are covered in the 40-hour Introductory Child Care Training, which is mandatory for all child care staff. The following information is a summary of regulations found in Chapter 39, F.S. For additional information, please refer to the <u>Licensing Regulations Governing Pinellas County Children's Centers</u>.

- Child abuse is defined as any willful act or threatened act that results in any physical, mental, or emotional health to be significantly impaired. Abuse of a child includes acts or omissions.

- Neglect of a child occurs when a child is deprived of, or is allowed to be deprived of, necessary food, clothing, shelter, or medical treatment.

- Reports must be made immediately to the centralized Florida Abuse Hotline at 1-800-96-ABUSE (962-2873).

- All reports are confidential. However, persons who are mandated reporters (such as child care personnel) are required to give their name when making a report.

- It is important to give as much identifying information and factual information as well as physical and behavioral indicators of abuse and neglect when making a report.

- Any person, when acting in good faith, is immune from liability in accordance with s. 39.203(1)(a), F.S.

- A child care personnel who knowingly and willfully fails to report known or suspected child abuse, abandonment, or neglect, or who knowingly and willfully prevents another person from doing so, is guilty of a felony of the first degree.

- A person who knowingly makes a false report or advises another to make a false report is guilty of a felony of the third degree.

I, __Vanessa Smith__, read the above information on __1/10/11__. I further
Name of Employee                                                            Date
understand that I am required by law to report suspected abuse and neglect in accordance with the mandates of Chapter 39.201, F.S.

_____    __1/10/11__
Signature of Employee                Date

_____    __1/10/11__
Signature of Director                    Date

---

### Statement Concerning Previous Employment

Have you ever worked in a facility that has had a license denied, revoked or suspended in any state OR been the subject of a disciplinary action or been fined while employed in a children's center/family day care home?
Yes___   No _✓_
I attest under penalty of perjury that the above answer is true.

_____    __1/10/11__
Signature of Employee                Date

C-0018 Required Form (7/10)

DEF000022