# In the Matter Of:

## NORMAN vs. BRIGHT HORIZONS

8:12-cv-01301-EAK-TBM

# WENDY VALENZUELA

*May 23, 2013*



ESQUIRE
SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

WENDY VALENZUELA
NORMAN vs. BRIGHT HORIZONS

May 23, 2013
1-4

Page 1

```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
 2                  TAMPA DIVISION

 3   JANICE NORMAN and
     VANESSA SMITH,
 4
           Plaintiffs,
 5
     vs.        CASE NO.: 8:12-cv-01301-EAK-TBM
 6
     BRIGHT HORIZONS FAMILY
 7   SOLUTIONS, LLC, d/b/a BRIGHT
     HORIZONS CHILDREN'S CENTERS,
 8
           Defendant.
 9                                           /
10
11         Florin Roebig, P.A.
           2101 West Platt Street
12         Tampa, Florida 33606
           Thursday, May 23, 2013
13         10:52 a.m. - 11:22 a.m.

14         DEPOSITION OF WENDY VALENZUELA

15     Taken on behalf of the Plaintiffs
16
     before Julie R. Palitto, RPR, Notary Public in
17
     and for the State of Florida at Large, pursuant to
18
     Plaintiffs' Notice of Taking Deposition in the above
19
     cause.
20
21
22
23
24
25
26
```

Page 2

```
 1   APPEARANCES:

 2   Counsel for Plaintiffs:

 3      GREGORY A. OWENS, ESQUIRE
        Florin Roebig, P.A.
 4      777 Alderman Road
        Palm Harbor, Florida 34683
 5      (727) 786-5000
        Greg@florinroebig.com
 6
     Counsel for Defendant:
 7
        CARLOS J. BURRUEZO, ESQUIRE
 8      Littler, Mendelson, P.C.
        111 North Magnolia Avenue, Suite 1250
 9      Orlando, Florida 32801-2366
        (407) 393-2935
10      Cburruezo@littler.com
11
12
13   Also Present:  Jennifer Whitley
14
```

Page 3

```
 1                   INDEX
 2   WENDY VALENZUELA              PAGE NO.
 3   Direct (Owens)                    4
 4   Cross (Burruezo)                  29
 5   Stipulations                      29
 6   Certificate                       30
 7   Errata Sheet                      32
 8              EXHIBITS
 9   (Note:  No exhibits marked during this deposition.)
```

Page 4

```
 1              PROCEEDINGS
 2   THEREUPON:
 3             WENDY VALENZUELA,
 4   was called as a witness and, having been first duly sworn
 5   and responding, "Yes, I do" was examined and testified as
 6   follows:
 7              DIRECT EXAMINATION
 8   BY MR. OWENS:
 9       Q   Could you please state and spell your name for
10   the record?
11       A   Wendy Valenzuela, V-A-L-E-N-Z-U-E-L-A.
12       Q   Ms. Valenzuela, have you gone by any other names
13   other than Wendy Valenzuela?
14       A   Yes.
15       Q   All right.  What was the last name that you had
16   prior to Valenzuela?
17       A   Wendy Arango, A-R-A-N-G-O.
18       Q   Other than Valenzuela and Arango, any other
19   names?
20       A   Maiden name.  Ariza, A-R-I-Z-A.
21       Q   Got you.  All right.  If you can remember, back
22   in let's say 2011, generally, what name did you go by
23   during that time period?
24       A   Arango.
25       Q   Okay.  Arango?  All right.  Ms. Valenzuela, my
```



Page 5

1  name is Greg Owens. I represent Vanessa Smith and
2  Janice Norman in connection with their legal claims
3  against Bright Horizons Family Solutions, LLC, doing
4  business as Bright Horizons Children's centers. If it's
5  okay with you, I'm just going to call it Bright Horizons;
6  is that all right?
7     A   Yes.
8     Q   Okay. Have you ever had your deposition taken
9  before?
10    A   No.
11    Q   Okay. I imagine that the company's lawyer has
12 gone through the general format and rules, so I'm not
13 going to go over it in too much detail. But the one
14 thing that I think is the most important is effective
15 communication between the two of us. As I'm sure you're
16 aware, I'm going to be asking you questions, and you're
17 expected to provide truthful answers under oath. I don't
18 always ask perfect questions, so if I ask one that you
19 don't understand or you don't hear, just ask me to repeat
20 it and I'm happy to do that for you, okay?
21    A   Okay.
22    Q   You're doing a good job of verbalizing your
23 answers. If you can keep that up, that helps the court
24 reporter because she can't take down shakes of the head
25 or nods of the head or uh-huhs or huh-uhs.

Page 6

1     A   Okay.
2     Q   We all do that, so if you do, I'll remind you to
3  say yes or no.
4     A   Okay.
5     Q   I'm not being rude; I'm just trying to help you
6  out, okay?
7         And as you probably heard, although I don't
8  intend to take three or four minutes, I probably don't
9  intend to take too long with you, but nonetheless, if you
10 need a break at any time, let me know, and we'll just
11 finish the question I'm asking, and we'll take a break;
12 fair enough?
13    A   Yes.
14    Q   All right. Ms. Valenzuela, what do you
15 currently do for a living?
16    A   I am a teacher at Bright Horizons.
17    Q   What location do you work at?
18    A   At Citi Family Center.
19    Q   How long have you been a teacher for
20 Bright Horizons at the Citi Family Center?
21    A   At the Citi Family Center, seven years.
22    Q   Prior to those seven years at the Citi Family
23 Center, did you hold any other positions at
24 Bright Horizons?
25    A   I transferred from New Jersey. So over there, I

Page 7

1  still was at Bright Horizons.
2     Q   How long have you worked for Bright Horizons --
3     A   Thirteen years.
4     Q   -- total? All as a teacher?
5     A   No. A little, you know, a little bit
6  up -- starting as an assistant teacher to a teacher, to
7  presently right now as a resource teacher.
8     Q   And I just learned about being a resource
9  teacher. I understand that means you don't have your own
10 classroom; you kind of oversee a handful of classrooms,
11 correct?
12    A   Yes.
13    Q   All right. How long have you been a resource
14 teacher at the -- well, you're at the Queen Palm
15 location, correct?
16    A   Yes.
17    Q   How long have you been a resource teacher there?
18    A   Since 2011.
19    Q   Who is responsible for promoting you to that
20 position?
21    A   Ms. Brenda.
22    Q   Brenda Hayes?
23    A   Yeah. If I could recall -- you know, what. I
24 want to say that Ms. Debra was there, one of our
25 assistant directors; that it was more like Ms. Debra and

Page 8

1  Ms. Brenda.
2     Q   Okay. Is that Debra Neverson?
3     A   Yes.
4     Q   Okay. During the, I guess, just seven years
5  that you've been employed at the Citibank location, have
6  you been formally reprimanded or disciplined in any way?
7     A   Yes.
8     Q   Okay. When was the most recent time that you
9  can remember?
10    A   Like one -- I don't even know the date -- for
11 maybe like being late.
12    Q   Okay.
13    A   Something --
14    Q   All right.
15    A   -- you know, that simple.
16    Q   All right. And if you can't remember specific
17 dates, that's okay; but it sounds like at least one time
18 for tardiness?
19    A   Yeah.
20    Q   Any other reasons that you've been disciplined
21 during the seven years you've been at the Citibank
22 location?
23    A   No.
24    Q   My client, Vanessa Smith, did you know her from
25 working together at the Citibank location?



Case 8:12-cv-01301-TBM   Document 43   Filed 06/28/13   Page 5 of 10 PageID 845

WENDY VALENZUELA
NORMAN vs. BRIGHT HORIZONS
May 23, 2013
9–12

Page 9

1  A   Yes.
2  Q   And at the time that you worked with Ms. Smith,
3  were you a resource teacher, or did you have your own
4  classroom?
5  A   I had just became a resource teacher like that
6  maybe two months or something within that time that she
7  started, something.
8  Q   Okay. And would Ms. Smith's classroom have been
9  kind of under the umbrella of rooms that you were
10 responsible for?
11 A   No.
12 Q   How often would you interact with Ms. Smith?
13 A   See, actually very little because I was the
14 resource teacher for preschool, and she was a toddler
15 teacher.
16 Q   Okay. In the limited interactions that you had
17 with Ms. Smith, did you find her to be respectful to you
18 as a co-worker?
19 A   Yes.
20 Q   Did you ever have any personality conflicts with
21 her?
22 A   No.
23 Q   Any concerns that you ever had with the manner
24 in which Ms. Smith performed her job at Bright Horizons?
25 A   Not really because I was very little, you know,

Page 10

1  time with her.
2  Q   Okay. And my other client, Janice Norman, did
3  you know her as well?
4  A   Yes.
5  Q   And I know that Ms. Norman worked there for a
6  little longer than Ms. Smith?
7  A   Yeah.
8  Q   How often would you have the opportunity to
9  interact with Janice Norman during the time that you
10 worked there at Bright Horizons?
11 A   With her, yes, more, because she was -- then I
12 was in the classroom, so we -- sometimes we were able to
13 work together.
14 Q   Okay. And what would the reasons be that you
15 would work with Ms. Norman because I understand she was
16 not a teacher, correct?
17 A   Yeah. When my partner would call out or, you
18 know, she would come cover or give her lunch breaks.
19 Something like that.
20 Q   Did you get along with Ms. Norman?
21 A   Yes.
22 Q   Did you feel that she was respectful to you?
23 A   Yes.
24 Q   Did you ever have any personality conflicts with
25 Ms. Norman?

Page 11

1  A   I know there's one that kind of comes in my
2  mind, but I can't recall exactly what it was that
3  happened.
4  Q   Okay. Did you ever feel like Ms. Norman was
5  hostile toward you?
6  A   Meaning?
7  Q   However you term the phrase "hostile"; did you
8  ever feel like she was hostile toward you?
9  A   Okay. What is "hostile"? I'm sorry. Like
10 meaning?
11 Q   Well, in the manner in which she treated you,
12 did you ever feel like she was treating you in a hostile
13 manner?
14 A   What is "hostile"? I'm sorry.
15 Q   Do your best to answer the question. If you
16 can't answer it, that's okay.
17 A   Can you explain what -- what is "hostile"?
18 Q   Was she ever aggressive toward you?
19 A   Okay. No.
20 Q   Okay.
21 A   See, that's exactly what I want to make sure.
22 Q   Was she ever mean to you, Ms. Norman?
23 A   Not mean, but I guess serious and -- you know, I
24 knew that maybe -- how she was very kind of moody, I
25 would say.

Page 12

1  Q   Okay. In being "moody," was she ever aggressive
2  toward you?
3  A   No.
4  Q   Okay. Did Ms. Norman ever treat you in a way
5  that you felt like you had to report it to any of your
6  supervisors at Bright Horizons?
7  A   No.
8  Q   Did Ms. Norman ever do anything to you or in
9  your presence during the time that you worked together
10 that made you believe she was dishonest?
11 A   Yes.
12 Q   Okay. Tell me about that, please.
13 A   One day I get called in the office. She was
14 sitting there with our director that was present at the
15 time, and, you know, it was a long time ago. I'm not
16 even -- I don't even know what it was that it was about.
17 Her -- could be as simple as she didn't like maybe what I
18 told her what to do. You know, someone comes in my room,
19 I kind of have to guide them on how our routine is.
20 So she was telling my director that, you know, she didn't
21 like how kind of I treated her or told her what to do and
22 blah, blah, blah.
23 Q   So Ms. Norman -- let me make sure I understand.
24 Ms. Norman went to the director about you?
25 A   Yes.



Case 8:12-cv-01301-TBM   Document 43   Filed 06/28/13   Page 6 of 10 PageID 846

WENDY VALENZUELA
NORMAN vs. BRIGHT HORIZONS
May 23, 2013
13–16

Page 13

1  Q   Okay. All right. And you were later called in
2  to a meeting about it?
3  A   Yes. Not even knew that it was a problem until
4  that day that --
5  Q   Okay. Were you able to resolve that conflict
6  with Ms. Norman?
7  A   Yes. At that moment, I kind of explained my
8  part, and she explained her part. And then, you know, it
9  was -- kind of that's all that happened. Nothing, you
10 know, came after that.
11      I know after towards, I want to say a
12 couple -- I -- since I kind of knew that happened, I was
13 more like, you know, I'm not going to go ahead and make
14 too much conversation because I don't now how she takes
15 what I say. You know, afterwards, she came to me and
16 said to me, I just want to tell you that I'm sorry of
17 what happened; maybe I took it different of how you were
18 approaching me; I just want to -- I just want to be okay
19 with God and be honest, so I want to just come to you and
20 apologize. Maybe I took it all -- you know, kind of blew
21 it out of proportion. And then I asked her could you
22 please do me a favor and go and tell my director that
23 because it is important for me. Because you could tell
24 me something, but since you got her involved, if you
25 could go ahead and please tell my director this for me

Page 14

1  because that's kind of why it's important because my job
2  is important to me.
3  Q   Did she do that?
4  A   Well, I later on went to my director and I said,
5  Did Janice come and tell you? And she said, yes. So I
6  was like, Okay, I just want to make sure, so --
7  Q   Okay. Other than that issue, any issues with
8  her after that?
9  A   No.
10 Q   Okay. Back in, roughly, April of 2011, did you
11 become aware of a Child Protective Services or DCF
12 investigation into Ms. Turner at the facility?
13 A   Yes.
14 Q   How did you come to learn about that?
15 A   I guess seeing, you know -- I was a, you know, a
16 teacher there. So just kind of seeing and kind of
17 putting things together because, you know, those things
18 are kind of sensitive. So I want to say just kind of
19 putting things together. I'm not even sure that someone
20 actually told me so and so is happening, you know.
21 Q   Okay. Did anybody from Bright Horizons ever
22 interview you as part of the investigation?
23 A   Yes.
24 Q   Okay. Who from Bright Horizons interviewed you?
25 A   Ms. Brenda Hayes.

Page 15

1  Q   Okay. What did Ms. Hayes ask you during the
2  interview?
3  A   Any time that I've, you know, been with
4  Ms. Kristin, has there ever been something that has ever
5  happened?
6  Q   What did you tell Ms. Hayes?
7  A   There was one incident that could -- that came
8  to my mind.
9  Q   Could you tell me about that incident, please?
10 A   Not normally do I go into this classroom. I
11 happened to cover Ms. Kristin's lunch break. And I
12 was -- I want to say I was covering it from 1 to 2:00 or
13 kind of roughly there. And I don't know her kids. Her
14 kids -- you know, our nap time is over about 2, 2:15.
15 The kids started waking up earlier than that, so I'm not
16 really there for routine. So I was like, well, let me
17 just get them up; it will be a short nap time today. I
18 got them up, started kind of, you know, changing diapers.
19 And then when she came back from break, she was like, Why
20 are my kids awake? I'm like, They wanted to wake up. So
21 she's like, Yeah, but it's not really time to get up. I,
22 you know, I have a routine that I do, meaning that, you
23 know, the kids are on the bed, you call one by one. It's
24 more, you know, doing it one by one. It's -- you know,
25 you could deal with it better with the kids and be able

Page 16

1  to concentrate on one child at a time.
2      So she then -- she's like, No, I'm laying them
3  back down. Let's go; lay back down. So she went in and
4  grabbed the kids, and I was like, Okay, I'll help you;
5  let me do it. Let me go lay them back down. And
6  then -- and I went along with it because she is the
7  teacher there, and my job is to follow the routine of the
8  classroom.
9  Q   Did you feel like -- well, was Ms. Turner acting
10 angry toward you about the kids being awake?
11 A   No.
12 Q   Did she appear agitated?
13 A   Well, I guess -- and I understand as a teacher,
14 you come surprised, and you're like wait, what's
15 happening, why is -- you know, because as a teacher, you
16 want kind of the routine to continue as you've always
17 done it. So I know she was like -- because when she came
18 in, she was like, Why are they all awake? I'm like, They
19 wanted to get up, you know.
20 Q   Now, when she was putting the children back down
21 to sleep, was she doing it in a way that you felt was
22 more forceful than you would do it?
23 A   No. You know, I know she was trying to do what
24 she needed to do, like, Let's get them back and let's
25 really do it how, you know, I've always done it.



Page 17

1  Q   What about this situation that you had with
2  Ms. Turner stood out enough to you that you felt like it
3  was important to tell Ms. Hayes when she was interviewing
4  you?
5     A   Because that's the only time, you know,
6  like -- the only time that I kind of was with her that,
7  you know, this kind of popped into my head, because
8  otherwise I would not have even said nothing, you know,
9  like, if I knew that -- if I thought that it was
10 something extreme or that was a problem, I would have
11 went right away and said something.
12    Q   Was there anything that Ms. Turner did during
13 that interaction you had with her that you felt was
14 inappropriate?
15    A   Well, she did it different than I would have.
16 Do you know what I mean?  Like -- but I know she was
17 trying to just stay in her routine, so she just did it
18 different than I would have.
19    Q   Other than what you've already talked about, is
20 there anything else that she did differently than you
21 would have done?
22    A   No.
23    Q   Now, when Ms. Hayes interviewed you, did she
24 tell you what the purpose of her interview was?
25    A   She just wanted to get feedback of everybody

Page 18

1  of --
2     Q   About Ms. Turner?
3     A   Yes.  Whoever had -- you know, who had worked
4  with her before.
5     Q   Did Ms. Hayes tell you that there were
6  allegations about Ms. Turner and the manner in which she
7  treated the kids?
8     A   No.
9     Q   When Ms. Hayes interviewed you, was there
10 anybody else in the room other than the two of you?
11    A   I don't remember.  I don't think so.
12    Q   Other than Ms. Hayes, did anybody else from
13 Bright Horizons talk to you thereafter about your
14 experience with Ms. Turner?
15    A   No.
16    Q   Did anybody from Child Protective Services,
17 Department of Children and Families or anybody from the
18 state of Florida or local government ever talk to you?
19    A   No.  Nope.
20    Q   Did any of your co-workers at Bright Horizons
21 ever tell you that they witnessed Ms. Turner treating the
22 kids in a way that they felt was inappropriate?
23    A   No.
24    Q   Did you ever hear anything about Ms. Turner
25 handling the kids in a rough or abusive manner?

Page 19

1     A   Well, I guess when this was happening, people
2  were talking, but not -- nobody really knew what was
3  happening, so it was just kind of like oh, so and so had
4  said, but not like this particular, oh, so and so is
5  being investigated because of being rough with the kids.
6  That's it.
7     Q   Did you hear anybody say, yeah, you know, I saw
8  her treating kids in a particular way?
9     A   No.
10    Q   When Ms. Hayes was interviewing you, was she
11 taking any sort of notes of the information that you were
12 providing to her?
13    A   Yes.
14    Q   Did she ask you to provide any sort of written
15 or typed statement about what you had told her?
16    A   She just wrote it and I signed it, you know.
17    Q   Do you have any knowledge as to the reason or
18 reasons why Janice Norman's employment ended at
19 Bright Horizons?
20    A   No.
21    Q   And the same question with Vanessa Smith; do you
22 have any understanding as to why her employment ended at
23 Bright Horizons?
24    A   No.
25    Q   Other than what we've already talked about with

Page 20

1  regard to Janice Norman, did you ever have any concerns
2  about the manner in which she actually performed her job?
3     A   Janice?
4     Q   Yeah.
5     A   No.
6     Q   Did you ever witness Vanessa Smith leaving
7  children unattended in any way?
8     A   No.
9     Q   Did you ever witness -- strike that.
10        Do you know of any employees at the Citi
11 location by the name of Krissy?
12    A   Yes.
13    Q   Do you know Krissy's last name?
14    A   Hoyt (phonetic), is it?
15    Q   Are there any other Krissys other than Hoyt that
16 you know of?
17    A   I'm so bad with last names --
18    Q   That's okay.
19    A   -- because we only call each other by like
20 Ms. Krissy and --
21    Q   I won't hold you to her last name, but do you
22 know of any other Krissys other than the one you're
23 thinking of right now?
24    A   No.
25    Q   How about an individual by the name of Sara?



Case 8:12-cv-01301-TBM   Document 43   Filed 06/28/13   Page 8 of 10 PageID 848

WENDY VALENZUELA
NORMAN vs. BRIGHT HORIZONS
May 23, 2013
21–24

Page 21

1  Do you know any Saras?
2   A   Yes.
3   Q   Do you know Sara's last name?
4   A   Lugo (phonetic).
5   Q   What does Sara Lugo do at Bright Horizons?
6   A   She's not employed there no more.
7   Q   She's not?
8   A   No.
9   Q   Okay. Do you know when, roughly, the time frame
10  when she left Bright Horizons?
11  A   She was pregnant. She has a baby that is about
12  five months, so --
13  Q   Around that time?
14  A   I want to say she left even before, not at the
15  end of her pregnancy. So it was even before, like she
16  was pregnant a couple of months. I don't know. I really
17  don't know.
18  Q   Do you know if she left voluntarily or if
19  Bright Horizons terminated her?
20  A   No. She left because she wanted to be a
21  stay-at-home mom because she has two kids.
22  Q   How often do you interact with Ms. Krissy?
23  A   At work.
24  Q   Do you see her every day?
25  A   No. Not every day because not every day am I in

Page 22

1  her classroom.
2   Q   Has Ms. Krissy ever -- well, have you ever had
3  any issues with Ms. Krissy during the time that you've
4  worked with her?
5   A   Yes.
6   Q   Okay. Could you tell me about those, please?
7   A   With Ms. Krissy?
8   Q   With Ms. Krissy.
9   A   When I first came over to -- from Bright
10 Horizons from New Jersey to Florida -- yeah, well, to the
11 center. So I was kind of new. I was in one of the
12 classrooms kind of across the hall from where she is. At
13 the time, there was a cook that was Hispanic, and
14 dinnertime one time, you know, we were feeding the kids,
15 and then Ms. Krissy comes into my room, and she's like
16 did you get enough rice? I'm like yes. And I'm the kind
17 of joking-around type of person that kind of always wants
18 the work just to be fun. I enjoy my job, and people
19 could see that, the energy I have. So, to me, I take
20 things as a joke and kind of throw things as a joke.
21     So she's like, Did you get enough rice? I was
22 like, Yeah. She was like, We never get enough rice. I'm
23 like, Why? She's like, I don't know; maybe the kitchen
24 doesn't like us. I was like -- I feel like my being
25 silly, that has -- I said, We must get hooked up because

Page 23

1  of Ms. -- and me and the teacher in that classroom, we're
2  both Hispanic. So playing around, I said, Oh, we must
3  get hooked up, you know. And I said it like that, We
4  must get hooked up because Ms. Nancy hooks us up. Silly,
5  you know, as a joke.
6   Q   Right.
7   A   Because, you know, I said no. And she saw that
8  we didn't get more than she did; kind of the same. So I
9  said that playing around. She goes, I don't give -- so
10 she kind of said to me, I don't give a shit. I was like,
11 What? Okay. So then I was like okay. So that -- and
12 then I, you know -- I don't know. So I went to actually
13 Ms. -- she -- I think she went to Ms. Mercy, our office
14 manager, and kind of told her what happened. And so
15 Ms. Mercy came in, and she was like -- and I explained.
16 I was like, It was a joke. I didn't mean it that she
17 took it offensive about that. And I told her. So
18 Ms. Mercy was like, Listen, Wendy, just go apologize to
19 her; do the right thing. You know, go explain, you know,
20 really. I was like, I will because, you know, it was my
21 fault. I said a joke; I really didn't know her. But you
22 always think that people are -- you know, could joke
23 around.
24     So at that moment I went into her room, and I'm
25 like, Could I speak to you? She was like, No. I was

Page 24

1  like, I want to talk to you; I want to kind of explain to
2  you what happened. Let's not make this, you know, a
3  bigger deal. So she said, I don't want to talk to you
4  about a lot. And I was like, Listen, I'm sorry -- and
5  even though she didn't want to speak to me, I wanted to
6  do my part. I'm sorry that you took offense. It was not
7  my, you know, my fault. I mean, it was not my intention
8  to, you know, offend you in any way. It was just a joke;
9  I apologize. I'm sorry. And I walked away.    She --
10 you know, I guess she called our supervisor; that was Ms.
11 Brenda. That was our -- you know, told her what
12 happened. The next day, now I have this written-up
13 statement, you know, and it was
14 worded -- you know, kind of worded -- she said that I was
15 being racist. I was like, Oh. So then now, I was like I
16 cannot play around with what I say because it was
17 something so silly, and look what it came into.
18  Q   Is it your opinion that Krissy tends to
19 overreact to things?
20  A   Well, at that --
21     MR. BURRUEZO: Object. Let me object to the
22 form of the question. Calls for speculation. Go
23 ahead.
24     THE DEPONENT: I don't know what -- in the other
25 situations, but since it was me -- my situation, I



Case 8:12-cv-01301-TBM   Document 43   Filed 06/28/13   Page 9 of 10 PageID 849

WENDY VALENZUELA
NORMAN vs. BRIGHT HORIZONS
May 23, 2013
25–28

Page 25

1  would think like with -- we saw in different ways.
2    Do you see what I mean?
3  BY MR. OWENS:
4    Q   And I guess that was my question. In that
5  particular situation with you, did you feel like she
6  overreacted?
7    A   Yes, what I think. But I don't know what she
8  was thinking because she didn't -- she didn't know me
9  that well.
10   Q   When Krissy said to you, "I don't give a shit,"
11 were there any children present?
12   A   Yes.
13   Q   Other than yourself, were there any other staff
14 members present?
15   A   Yes. My other co-teacher.
16   Q   Who was that?
17   A   It was a teacher, Leah (phonetic).
18   Q   When all this went down and she complained about
19 you and talked to your supervisors about it, did you tell
20 them that she cussed in front of you and children and
21 co-workers when this conversation took place?
22   A   Yes.
23   Q   Who did you tell that to?
24   A   Ms. Brenda.
25   Q   What did Brenda Hayes say in response when you

Page 26

1  told her that?
2    A   She told her, like, you know, if there was an
3  issue, she should have told me, you know, because that's
4  the point. We're -- if there's an issue, we can't do it
5  in front of the children.
6    Q   Other than this issue that we've just talked
7  about, any other run-ins, for lack of a better term, with
8  Ms. Krissy and yourself?
9    A   (Deponent shakes head.)
10   Q   Was that a no?
11   A   No.
12   Q   Did you mostly try to avoid her from that point
13 on?
14   A   I guess for a little bit, I did because -- and
15 then, you know, I kind of took it upon myself, I'm like
16 you know what, it's kind of me; it was my fault that I
17 even played, you know, because I always think what I
18 could have done to make it different. So I should have
19 not even played, and I know -- so for a little bit I did,
20 and eventually we worked together. There's no way we
21 can -- you know, especially being she was a two-year-old
22 teacher, so was I. We have to kind of work together, and
23 passing kids and taking care of each other's kids and
24 stuff, so --
25   Q   Did you feel like after that situation you had

Page 27

1  with Ms. Krissy, that you had to be careful with what you
2  said in front of her or to her?
3    A   Yes.
4    Q   Do you remember roughly -- and I'm not trying to
5  hold you to a particular date. Do you remember roughly
6  when that situation happened with the French fries?
7    A   No idea. The rice.
8    Q   Oh, it was rice?
9    A   Yeah.
10   Q   I thought you said fries. I'm sorry.
11   A   Rice.
12   Q   With the food?
13   A   Yes.
14   Q   Okay.
15   A   And that was so long time ago, that I
16 haven't -- I'm thinking that that's kind of like that.
17   Q   Okay. Did you know of Ms. Krissy to often go to
18 supervisors to complain about co-workers?
19   A   No.
20   Q   Okay. Did anybody who you worked with ever say
21 that Ms. Krissy went and complained about them?
22   A   No.
23   Q   Did anybody ever tell you that Ms. Krissy talked
24 about you behind your back?
25   A   No.

Page 28

1    Q   Were you ever aware of any situation where
2  Ms. Norman was talking to parents of the children at the
3  center about child abuse or a child abuse cover-up?
4    A   No.
5    Q   When it comes to child abuse or neglect or
6  suspicions thereof, do you know what the term "mandatory
7  reporter" means?
8    A   Yes.
9    Q   Are you considered to be a mandatory reporter?
10   A   Yes.
11   Q   And if you as a teacher and caregiver of young
12 children believe that somebody is being abusive or
13 neglectful toward those children, what are you expected
14 to do?
15   A   You could either -- it's -- you could either
16 talk to a supervisor or we even have hot lines all over
17 the center that we are able to call.
18   Q   Does Bright Horizons have a policy, to your
19 understanding, that states that you're expected to first
20 go to one of your supervisors if you suspect abuse or
21 neglect before contacting the abuse hotline?
22   A   No.
23   Q   All right.
24       MR. OWENS: Ma'am, that's all I have for you.
25 I appreciate your time.



Page 29

1   THE DEPONENT: Thank you.
2   MR. BURRUEZO: I have one or maybe two. You
3   know, when a lawyer says they have one question, it's
4   usually a lie because there's probably follow-up of
5   two or three that follows. But I think I really just
6   have one question.
7           CROSS-EXAMINATION
8   BY MR. BURRUEZO:
9   Q   And I just wanted to be very clear on the record
10  unequivocal. The situation that you described involving
11  Ms. Turner when you were in her classroom that one time,
12  did you find her manner in putting the children on the
13  cot to be abusive or inappropriate in any way?
14  A   No.
15  Q   Okay.
16      MR. BURRUEZO: Nothing further.
17      MR. OWENS: No more questions here.
18      MR. BURRUEZO: And we'll read.
19  (The deposition of WENDY VALENZUELA was concluded
20  at 11:22 a.m., and reading and signing is not
21  waived.)

Page 30

1           CERTIFICATE OF REPORTER
2   STATE OF FLORIDA   )
3   COUNTY OF PINELLAS )
4       I, JULIE R. PALITTO, RPR, Registered Professional
5   Reporter, certify that I was authorized to and did
6   stenographically report the deposition of the foregoing
7   witness; that a review of the transcript was not
8   requested; and that the transcript is a true and complete
9   record of my stenographic notes.
10      I FURTHER CERTIFY that I am not a relative,
11  employee, attorney or counsel of any of the parties to
12  this cause, nor am I a relative or employee of any of the
13  parties' attorney or counsel connected with this action,
14  nor am I financially interested in the outcome of this
15  action.
16      Dated this  day of   2013, at Clearwater,
17  Pinellas County, Florida.
18
19
20          JULIE R. PALITTO, RPR-CP

Page 31

1           CERTIFICATE OF OATH
2   STATE OF FLORIDA   )
3   PINELLAS COUNTY    )
4       I, JULIE R. PALITTO, RPR-CP, the undersigned
5   authority, certify that WENDY VALENZUELA, the witness
6   named herein, personally appeared before me for the
7   taking of the foregoing deposition and was by me first
8   duly sworn to tell the whole truth.
9       Witness my hand and official seal this ____ day
10  of _____, 2013.
11
12          JULIE R. PALITTO, RPR-CP
13          Notary Public, State of Florida
            My Commission No. EE 854401
14          Expires: December 4, 2016

Page 32

1   PLEASE ATTACH TO THE DEPOSITION OF:
    WENDY VALENZUELA
2   DATE TAKEN: May 23, 2013
    IN THE CASE OF: JANICE NORMAN and VANESSA SMITH
3   vs. BRIGHT HORIZONS FAMILY SOLUTIONS, LLC, d/b/a BRIGHT
    HORIZONS CHILDREN'S CENTERS
4
            ERRATA SHEET
5   INSTRUCTIONS:
        After reading the transcript of your deposition,
6   please note any change, addition, deletion on this sheet.
    Do Not make any marks or notations on the transcript
7   itself. Please sign and date this errata sheet and then
    kindly return it to the court reporter whose name is
8   shown below.
9   Page Line        CORRECTION AND REASON THEREFOR
...
19      Under penalties of perjury, I declare that I
20  have read the foregoing document and that the facts
    stated in it are true. SIGNED AT_____Florida,
21  this,____day of_____, 2013.
22
23          WENDY VALENZUELA

