**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JANICE NORMAN,**

      **Plaintiff,**

**vs.**                              **CASE NO. 8:12-cv-01301-TBM**

**BRIGHT HORIZONS FAMILY SOLUTIONS, LLC, d/b/a BRIGHT HORIZONS CHILDRENS' CENTERS,**

      **Defendant.**

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF JANICE NORMAN**

Plaintiff JANICE NORMAN and Defendant BRIGHT HORIZONS FAMILY SOLUTIONS, LLC, d/b/a BRIGHT HORIZONS CHILDRENS' CENTERS, by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff Janice Norman and Defendant in the above-captioned action, all claims be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements.

Dated:  November 6, 2014

Respectfully submitted,

| | |
|---|---|
| **FLORIN ROEBIG, P.A.**<br>777 Alderman Road<br>Palm Harbor, Florida 34683<br>Telephone: (727) 786-5000<br>Facsimile:  (727) 772-9833 | **LITTLER MENDELSON, P.C.**<br>111 North Magnolia Avenue<br>Suite 1250<br>Orlando, Florida 32801<br>Telephone:   407.393.2900<br>Facsimile:    407.393.2929 |
| /s/ Wolfgang  M. Florin, Esq.<br>Wolfgang M. Florin, Esq.<br>Florida Bar No.: 907804<br>fgo@florinroebig.com | /s/ Jeffrey B. Jones Esq.<br>Jeffrey B. Jones, Esquire<br>Florida Bar No.: 0039950<br>Email: jbjones@littler.com<br><br>Jason M. Leo, Esquire<br>Florida Bar No.: 0059767<br>Email:  jleo@littler.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

Firmwide:128900799.1 050113.1015